UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MATTHEW CORZINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>U.S. ARMY; BRIGADIER GENERAL )<br>FORATER; LIEUTENANT GENERAL )<br>JOHN DOE #1; MAJOR ELIZABETH )<br>KINZIE; SECOND LIEUTENANT )<br>COCHORAN; SARGENT MORE; )<br>FIRST SARGENT JOHN DOE #2; )<br>SARGENT JOHN DOE #3; SARGENT )<br>JOHN DOE #4; SPECIALIST JOHN )<br>DOE #5; SPECIALIST JOHN DOE #6; )<br>PRIVATE JOHN DOE #7; PRIVATE )<br>JOHN DOE #8; PRIVATE JOHN DOE )<br>#9; and, PRIVATE JOHN DOE #10, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>No. 5:11-CV461-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 31, 2012, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted and this case is dismissed with prejudice. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 1, 2012, and Copies To:**
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)
Matthew Corzine (via U.S. Mail) Ely State Prison, PO Box 1989, Ely, NC 89301.


November 1, 2012         JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk